**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Theresa Cassidy,

      Plaintiff,                    Civil 10-1476 (RHK/FLN)

vs.                              **DISQUALIFICATION AND**
                                      **ORDER FOR REASSIGNMENT**

Pfizer Inc., et al.,

      Defendants.

      The above-entitled matter has been assigned to the undersigned, a Judge of the above Court.  Pursuant to Title 28, United States Code § 455, the undersigned recuses himself from hearing this matter.  Accordingly,

      **IT IS HEREBY ORDERED,** that pursuant to this Court's Assignment of Cases Order dated December 1, 2008, the above-captioned action shall be resubmitted to the Clerk of Court for reassignment.

      **IT IS FURTHER ORDERED,** that a copy of this Order shall be filed in the above-captioned case.

Dated:  April 15, 2010

                                                s/Richard H. Kyle
                                                RICHARD H. KYLE
                                                United States District Judge